COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

 

                                           NO.
2-08-245-CV

 

ROBERT
STEVEN LABOON                                                  APPELLANTS

AND JENNIFER LABOON

 

                                                      V.

 

STRUCTURED
FOUNDATION REPAIRS, INC.                            APPELLEES

AND ITS AGENT, CHRIS
BAILEY

                                                                                                           

                                                   ----------

             FROM
THE 141ST DISTRICT COURT OF TARRANT COUNTY

                                                   ----------

                   MEMORANDUM
OPINION[1]
AND JUDGMENT

                                                   ----------

We have considered AAppellants= Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants,
for which let execution issue.  See Tex.
R. App. P. 43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  October 30, 2008











[1]See Tex. R. App. P. 47.4.